NUMBER 13-02-433-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________
 
LANDMARK ORGANIZATION L.P.,                                      Appellant,

v.

EDINBURG CONSOLIDATED INDEPENDENT 
SCHOOL DISTRICT,                                                           Appellee.
________________________________________________________

On appeal from the 398th District Court 
of Hidalgo County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, LANDMARK ORGANIZATION L.P., perfected an appeal from an order
entered by the 398th District Court of Hidalgo County, Texas, in cause number C-1093-02-I. Appellant has filed a motion to dismiss the appeal. In the motion,
appellant states that the underlying controversy has been resolved, and no necessity
exists for a resolution of the interlocutory appeal. Appellant requests that this Court
dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 6th day of May, 2004.